IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00185-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

AARON IVAN JORDAN,

    Plaintiff,

v.

CHRISTOPHER SLOAN, Aurora City Police Officer (Official Capacity Suit),

    Defendant.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Aaron Ivan Jordan, is detained at the Arapahoe County Detention Facility in Centennial, Colorado.  Mr. Jordan has filed a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___   is not submitted (must use 10/1/13 revised form)
(2)   ___   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement <u>for the 6-month period immediately preceding this filing</u>
(4)   ___   is missing certified statement showing current balance in prison account
(5)   ___   is missing required financial information
(6)   _X_   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   _X_   is not on proper form (must use the court's 10/1/12 revised form for

|     |     |     |
| --- | --- | --- |
|     |     | prisoners) |
| (9) | __  | names in caption do not match names in caption of complaint, petition or habeas application |
| (10) | __ | other: |

**Complaint, Petition or Application**:

| | | |
| --- | --- | --- |
| (11) | __ | is not submitted |
| (12) | X  | is not on proper form (must use the Court's current form for prisoners) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. __ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | names in caption do not match names in text |
| (17) | __ | other: |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant) at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 23, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge