**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00185-REB-MJW

AARON IVAN JORDAN,

    Plaintiff,

v.

CHRISTOPHER SLOAN, AURORA P.O.,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order adopting recommendation of the United States Magistrate Judge by Judge Robert E. Blackburn entered on 11/14/2014 it is ORDERED that this case is dismissed with prejudice. The **Order To Show Cause** [#34], filed September 25, 2014, is **MADE ABSOLUTE.**

    That judgment with prejudice **SHALL ENTER** on behalf of defendant, Christopher Sloan, Aurora P.O., against plaintiff, Aaron Ivan Jordan, on all claims for relief and causes of action asserted against the defendant in this action. That defendant is **AWARDED** his costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 14th day of November, 2014.

                                  FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                    By:  s/  T. Schaffer
                                T. Schaffer
                                Deputy Clerk